# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | |
|---|---|
| Case No. CV 18-7613 DSF | Date December 4, 2018 |
| Title In Re Xuri Worthing Webb | |

Present: The Honorable **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE**

| Renee Fisher | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order To Show Cause Re Dismissal For Lack Of Prosecution

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the opening brief.

Appellant is Ordered to Show Cause no later than December 11, 2018, why the appeal should not be dismissed for failure to prosecute.